IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIAN STARKS,  )
  )
    Petitioner,  )  Case No. 3:11-0615
  )  Chief Judge Haynes
v.  )
  )
JOE EASTERLING, Warden,  )
  )
    Respondent.  )

# ORDER

In accordance with the Memorandum filed herewith, the Respondent's motion to dismiss (Docket Entry No. 42) is **GRANTED** and this action is **DISMISSED with prejudice**. The Court **GRANTS** Petitioner a Certificate of Appealability under 28 U.S.C. §2253(c) on his claim under Miller v. Alabama, _ U. S. _, 132 S. Ct. 2455 (2012).

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the 2nd day of September, 2014

_____
William J. Haynes, Jr.
Chief United States District Judge